**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller (State Bar No. 215348)
rheller@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000
Fax:  415.956.1008

**WEBB, KLASE & LEMOND, LLC**
E. Adam Webb (*admitted pro hac vice*)
Adam@WebbLLC.com
G. Franklin Lemond, Jr. (*admitted pro hac vice)*
Franklin@WebbLLC.com
1900 The Exchange S.E., Suite 480
Atlanta, GA 30339
Telephone: 770.444.0773
Fax:  770.217.9950

*Attorneys for Plaintiffs and the Class*

**COOLEY LLP**
Whitty Somvichian (194463)
(wsomvichian@cooley.com)
Kristine A. Forderer (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Christopher M. Andrews* (NY 5442355)
(candrews@cooley.com)
Alexandra Cubaleski* (NY 5970751)
(acubaleski@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Robert E. Earles* (IL 6308936)
(rearles@cooley.com)
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
*Admitted pro hac vice*

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| STEVE RABIN, CPA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:22-cv-4547-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on April 2, 2026, Defendant Google LLC ("Google") filed a Motion to Exclude the Expert Testimony of Jeffrey Donald Fox (ECF 278) ("Motion");

WHEREAS, the deadline for Plaintiff to respond to the Motion is currently April 16, 2026, and the deadline for Google's reply is April 23, 2026; and

WHEREAS, the Court previously set a briefing schedule for the parties' cross-motions for summary judgment (*see* ECF 270); and

WHEREAS, the Court set a hearing date of June 11, 2026 for the Motion, the same day as the hearing for the parties' cross-motions for summary judgment; and

WHEREAS, the parties have conferred and have stipulated, subject to the Court's approval, to a briefing schedule for the Motion that aligns with the briefing schedule for the parties' cross-motions for summary judgment;

THEREFORE, the parties request that the Court enter the following briefing schedule for the Motion:

Plaintiff's Response: April 30, 2026;

Google's Reply: May 21, 2026.

Dated:  April 10, 2026          Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Roger N. Heller*
Roger N. Heller

Roger N. Heller (State Bar No. 215348)
rheller@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000
Fax:  415.956.1008

Daniel E. Seltz (admitted pro hac vice)
dseltz@lchb.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Fax: 212.355.9592

E. Adam Webb (admitted pro hac vice)
Adam@WebbLLC.com
G. Franklin Lemond, Jr. (admitted pro hac vice)
Franklin@WebbLLC.com
WEBB, KLASE & LEMOND, LLC
1900 The Exchange S.E., Suite 480
Atlanta, GA 30339
Telephone: 770.444.0773
Fax: 770.217.9950

*Attorneys for Plaintiff
and the Class*

Dated: April 10, 2026          COOLEY LLP

*/s/ Whitty Somvichian*
    Whitty Somvichian

Whitty Somvichian (194463)
(wsomvichian@cooley.com)
Kristine Forderer (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Christopher M. Andrews* (NY 5442355)
(candrews@cooley.com)
Alexandra Cubaleski* (NY 5970751)
(acubaleski@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Robert E. Earles* (IL 6308936)
(rearles@cooley.com)
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
*Admitted pro hac vice*

*Attorneys for Defendant
Google LLC*

-2-                    STIPULATION AND [PROPOSED] ORDER
                       CASE NO. 5:22-CV-4547-PCP

-3-

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  April 13, 2026

Hon. P. Casey Pitts
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:22-CV-4547-PCP